IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STACIA HILL

                    Plaintiff,                    ORDER

v.

                                            12-cv-313-wmc

SEVENTH AVENUE,

                    Defendant.

---

In a December 2, 2013 order, this court allowed *pro se* plaintiff Stacia Hill to proceed on her claims that defendant Seventh Avenue violated the Fair Credit Reporting Act ("FCRP"), 15 U.S.C. § 1681 *et seq*. The court directed that the complaint be served on defendant by the U.S. Marshals Service, and an answer was filed on January 8, 2014. A pretrial conference was held on February 5, 2014, and a written order entered on February 7, 2014. Noting Hill's failure to appear at the telephonic pretrial conference, Hill was instructed to respond in writing whether she intended to pursue this action by February 14, 2014. To date, Hill has not responded. Hill was admonished that her failure to respond would result in dismissal of this lawsuit. Accordingly,

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

Entered this 24th day of February, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge